

FILED
February 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    NM
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>DAE DANIEL FERNANDEZ<br>a/k/a DAE DANIEL GAMBICHLER<br><br>Defendant | Case No: SA:23-CR-00067-XR<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 2250(a)<br>Failure to Register |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2250(a)]

From in or about November 2020, through January 2023, within the Western District of Texas, the Defendant,

DAE DANIEL FERNANDEZ, a/k/a,
DAE DANIEL GAMBICHLER,

a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate and foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act,

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR TRACY THOMPSON
Assistant United States Attorney